**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:   Patricia Glover       Date: July 15, 2011
Court Reporter:     Paul Zuckerman
Probation Officer:

Criminal Action No. 09-cr-00334-MSK

*Parties*:                                *Counsel*:

UNITED STATES OF AMERICA,                 Guy Till

    Plaintiff,

v.

ROSALIE AIDE QUIJADA,                     Francisco Leon

    Defendant.

---

**SENTENCING MINUTES**
---

**9:06 a.m.     Court in session**.

This hearing is continued from April 25, 2011.

Defendant present on bond.

Further argument by defense counsel and statement by defendant.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. No further argument.

**ORDER:**   Defendant's Motion to Withdraw Motion for Variance (**Doc. #329**) is **GRANTED.**

**ORDER:**   **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of her right to appeal.

**ORDER:**   Defendant shall surrender to the facility designated by the United States Bureau of Prisons before noon on a date to be determined by the Bureau of Prisons, but no earlier than September 12, 2011.

Sentencing Minutes
Judge Marcia S. Krieger
Page 2

**9:38 a.m.        Court in recess.**

Total Time:    32 minutes.
Hearing concluded.